AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

Carol Blackmon and Anthony Oliver,
individually and on behalf of all others
similarly situated,
        Plaintiffs,

vs.

Honda of South Carolina Mfg. Inc.,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:04-cv-01254-RBH

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to hearing before the Court. The issues have been heard and the Court having reviewed and validated the Final Report;

[ ]    **Decision on the Record.**  This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

LARRY W. PROPES, Clerk

By _s/Shari L. Stefano_____
        Deputy Clerk

May 31, 2006